IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA JOHNSON, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-19-CA-1463-FB |
| TRG CUSTOMER SOLUTIONS, INC. d/b/a IBEX GLOBAL SOLUTIONS, | § § § § | |
| Defendant. | § § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL ARBITRATION AND DISMISS

Before the Court is Defendant's Unopposed Motion to Compel Arbitration and Dismiss filed on January 31, 2020 (docket number 14 and 16). Defendant moves to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1), (3), and (6) and Western District of Texas Local Rule CV-7 on the grounds that the claims alleged in the Complaint are subject to a valid and enforceable arbitration agreement. Defendant advises that after meeting and conferring, the plaintiffs do not oppose the motion. Based on the motion and exhibits attached thereto, the Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Compel Arbitration and Dismiss (docket numbers 14 and 16) are GRANTED such that the parties are ordered that to the extent the plaintiffs desire to pursue their claims against the defendant, they will do so in arbitration pursuant to the arbitration agreement between the parties or as otherwise agreed by the parties. IT IS FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE and is CLOSED.

It is so ORDERED.

SIGNED this 4th day of February, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE